■ East Fordham DE LLC, Respondent, v U.S. Bank National Association, as Trustee and Successor in Interest to Bank of America, N.A., et al., Appellants. [44 NYS3d 903]— Order, Supreme Court, Bronx County (John A. Barone, J.), entered on or about August 12, 2015, which, inter alia, directed defendants to close on the subject refinancing transaction based upon the value of the property as established by the parties'

completed appraisals, unanimously reversed, on the law, without costs, and the order vacated.

In deciding plaintiff's motion for a preliminary injunction, the court erred in reaching a determination on the merits of the ultimate relief sought (*see Residential Bd. of Mgrs. of Columbia Condominium v Alden*, 178 AD2d 121 [1st Dept 1991]). Issues of fact exist, including whether defendants waived their right to contest the method used by the parties' appraisers to determine the value of the property. Concur— Andrias, J.P., Saxe, Feinman, Gische and Kahn, JJ.

———

Motion to strike portions of briefs and for sanctions denied. Cross motion to file supplemental record and for sanctions granted as to the supplemental record, and otherwise denied.